UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO BRIGITTE A. MEIKLE<br><br>MILLER ENVIRONMENTAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BRIGITTE MEIKLE,<br><br>Defendant. | Case No.  14-mc-80058-EMC   (JCS)<br>Related Case No.  14-mc-80065 EMC (JCS)<br><br>**ORDER  GRANTING MOTION TO EXCEED PAGE LIMIT**<br><br>Re: Dkt. No. 13 |

IT IS HEREBY ORDERED that the Motion to Exceed Page Limit is GRANTED. The Joint Letter may be up to ten (10) pages.

**IT IS SO ORDERED.**

Dated: March 11, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge