Anthony P. Schoenberg (State Bar No. 203714)
  aschoenberg@fbm.com
Jessica K. Nall (State Bar No. 215149)
  jnall@fbm.com
Nell K. Clement (State Bar No. 260426)
  nclement@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Movant
BRIGITTE A. MEIKLE

Andrew P. Sclar (State Bar No. 112022)
Jennifer A. Riso (State Bar No. 203497)
Ericksen Arbuthnot
100 Bush Street, Suite 900
San Francisco CA  94104
Telephone:  (415) 362-7126
Facsimile:  (415) 362-6401

Attorneys for Respondent
MILLER ENVIRONMENTAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In re* <br><br> SUBPOENA ISSUED TO <br><br> BRIGITTE A. MEIKLE | Case No.  CV 14-80058 MISC- EMC <br><br> **[PROPOSED] ORDER EXTENDING DEADLINE TO PROPOUND WRITTEN DEPOSITION QUESTIONS TO BRIGITTE A. MEIKLE** |

Upon consideration of the Stipulation to Extend the Deadline to Propound Written Deposition Questions to Brigitte Meikle, it is hereby:

ORDERED that a deposition of Brigitte Meikle on written questions containing no more than 150 questions shall be propounded by August 18, 2014; and

ORDERED that Ms. Meikle shall provide written answers to the deposition questions under oath by September 2, 2014.

1 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

2

3

4  Dated:    6/18/14

5                                                            Hon. Jo_____

6                                                            Judge Joseph C. Spero

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[PROPOSED] ORDER EXTENDING DEADLINE
TO PROPOUND WRITTEN DEPO QUESTIONS        - 2 -                              29815\4420427.1
CV-14-80058 MISC-EMC